# United States District Court
# Central District of California

| | |
|---|---|
| EMPLOYERS RESOURCE MANAGEMENT COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAFFY KARNIK HAJJAR,<br><br>　　　　　　　Defendant. | Case № 2:15-cv-09046-ODW (KS)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///
///
///

1      In light of the Notice of Settlement (ECF No. 38), the Court hereby **ORDERS**

2  the parties **TO SHOW CAUSE**, in writing, by May 3, 2017, why settlement has not

3  been finalized.  No hearing will be held.  All other dates and deadlines in this action

4  are **VACATED** and taken off calendar.  Additionally, Plaintiff's motion for partial

5  summary judgment is **DISMISSED** as **MOOT**.  (ECF No. 31.)  The Court will

6  discharge this Order upon the filing of a dismissal that complies with Federal Rule of

7  Civil Procedure 41.

8

9      **IT IS SO ORDERED.**

10  April 3, 2017

11

12                      _____

13                      **OTIS D. WRIGHT, II**

14                **UNITED STATES DISTRICT JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28